against Adolph Freund and others. From a judgment for plaintiff, defendants appeal. Affirmed. James Kearney, for appellants. M. D. Steuer, for respondent.

PER CURIAM. Judgment affirmed, with costs.

In re HAIGHT. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) In the matter of the petition of Gertrude A. Haight for an order revoking and canceling liquor tax certificate No. 24,354, issued to Warren J. Parsell. No opinion. Order affirmed, with costs, upon the authority of In re Place, 27 App. Div. 561, 50 N. Y. Supp. 640, affirmed in 156 N. Y. 691, 50 N. E. 1121. See 68 N. Y. Supp. 920.

HALE v. WAYSIDE KNITTING CO. (Supreme Court, Appellate Division, Third Department. March 15, 1901.) Action by Lizzie J. Hale against the Wayside Knitting Company. No opinion. Motion denied.

HAMMOND v. NATIONAL LIFE ASS'N. (Supreme Court, Appellate Division, First Department. March 22, 1901.) Action by James B. Hammond, as administrator, against the National Life Association. No opinion. Motion denied.

HAND v. MILLER et al. (Supreme Court, Appellate Division, First Department. March 15, 1901.) Action by George B. Hand against John Miller and another. No opinion. Motion denied, with $10 costs.

HANEY, Respondent, v. KNAPP, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 2, 1901.) Action by Patrick Haney against Frank W. Knapp, as executor, etc. No opinion. Judgment affirmed, with costs, upon opinion of this court in Healy v. Healy, 55 App. Div. 315, 66 N. Y. Supp. 927.

HARRIS, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, Third Department. March 15, 1901.) Action by John C. Harris against Gertrude J. Harris. No opinion. Order reversed, with $10 costs and disbursements, with leave to appellant to renew motion at special term.

HARRISON, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1901.) Action by James Harrison against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. F. G. Wetterau, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re HART. (Supreme Court, Appellate Division, Second Department. March 5, 1901.) In the matter of the application of John Wilson Hart for admission to practice in courts of record in the state of New York. No opinion. Motion granted.

HATFIELD, Respondent, v. CITY OF UTICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 2, 1901.) Action by William Hatfield against the city of Utica. No opinion. Judgment and order affirmed, with costs.

HAYES, Appellant, v. JOHNSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 22, 1901.) Action by Robert Hayes, as administrator, etc., of John Hayes, deceased, against William E. Johnson and another. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

HAYES, Respondent, v. UNION RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1901.) Action by Mary Hayes against the Union Railway Company. H. L. Scheuerman, for appellant. C. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs.

HEATHERTON et al., Respondents, v. BELL, Appellant. (Supreme Court, Appellate Term. April 19, 1901.) Action by James M. Heatherton and another against Eugene C. Bell. From a judgment in favor of plaintiffs, defendant appeals. Affirmed. Samuel Sturtz, for appellant. Hoelljes & Sykes, for respondents.

PER CURIAM. Judgment affirmed, with costs.

HOENINGHAUS et al., Respondents, v. HOLDEN et al., Appellants. (Supreme Court, Appellate Division, First Department. April 29, 1901.) Action by Frederick Hoeninghaus and others against James A. Holden and others. From a judgment in favor of plaintiffs, defendants appeal. Affirmed. T. W. McArthur, for appellants. Charles H. Broas, for respondents.

PER CURIAM. This case presents the same question as the case of Fleitmann v. Ashley (decided at this term) 69 N. Y. Supp. 1099, and must be decided in the same way for the same reasons. The judgment is therefore affirmed, with costs.

HOFFMAN, Respondent, v. THIRD AVE. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1901.) Action by Mary Hoffman against the Third Avenue Railway Company. H. R. Limburger, for appellant. I. N. Williams, for respondent. No opinion. Judgment and order affirmed, with costs.

HOMESTEAD CO-OP. BUILDING & LOAN ASS'N, Appellant, v. ARNOLD, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by the Homestead Co-operative Building & Loan Association against William H. Arnold.

PER CURIAM. The case is without proof connecting the plaintiff with the subject-matter